BETTY BEUSCHEL, Respondent, *v.* JACOB MANOWITZ, Appellant.

(Submitted October 1, 1934; decided October 9, 1934.)

*Sidney J. Loeb* for motion.

No one opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground the order is not a final order.